```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 SLOW FOOD USA PTY LTD. doing business as    :
 MARKET LANE NYC,                            :
                                             :
                                 Plaintiff,  :       20-CV-00830 (VEC)
                                             :
                     -against-               :            ORDER
                                             :
                                             :
 NEW WTC RETAIL OWNER LLC,                   :
                                             :
                                 Defendant.  :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/28/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court ordered Plaintiff to show cause why this action should not be dismissed without prejudice by July 23, 2020; and

WHEREAS no response was received;

IT IS HEREBY ORDERED THAT the case is DISMISSED without prejudice. The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

**SO ORDERED.**

**Date: July 28, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**